UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 18 P 12: 21

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| William G. Ellett, | : COURT NO: 3:01CV0039 (JCH) |
| Defendant, | : |
| and | : |
| CME Design Group<br>Payroll Department<br>32 Crabtree Lane<br>Woodstock, CT 06281 | : |
| | : |
| Garnishee. | : |

## ANSWER OF THE GARNISHEE

I, __P. Bradford Cheney__, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.
    state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the __President__ of Garnishee, a
                  (state official title)

corporation, organized under the laws of the State of __Connecticut__

On __December 12__, 2003, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

_X_   ___    1. Defendant was in my/our employ.

             2. Pay period is _X_ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

_12/7/03_    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

_12/13/03_   Enter date above pay period ends.

             3. Enter amount of net wages.  Calculate below:

   (a) Gross Pay                $ _720.00_

   (b) Federal income tax      $ _125.43_

   (c) F.I.C.A income tax       $ _54.74_

   (d) State income tax         $ _28.74_

   Total of tax withholdings    $ _208.91_

   Net Wages                 $ _511.09_ *
   (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages. Note: We will begin garnishing wages on 12/24/03 (paydate). The garnish will be $127.77 per week.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

2

** Check 1 and/or 2 if applicable**

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>William G. Ellett,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                    (date)

_____
(state street address, city, state and zip code)

or hand delivered to  110 Broadway, Norwich CT 06360
                    (state actual address of where it was hand
                    delivered)

on  12/18/03
     (date)

_____
         (Affiant's signature)

Subscribed and sworn to before me this  17  day of  December ,
2003.

_____
Notary Public

My Commission expires:  5/31/03

3